AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RANDY JENKINS HARMON, JR.,

Plaintiff,

v.

DOUG WILLIAMS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:19-cv-35

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated January 13, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this Court. Plaintiff's Amended Complaint is DISMISSED. The Plaintiff is DENIED in forma pauperis status on appeal. This case stands closed.

Approved by: _____

January 15, 2021
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk